**E-Filed: 02.16.10**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALENA SANTANA-RAMIREZ,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. CV 09-04370 MMM<br>              CR 07-00444 MMM<br><br>JUDGMENT FOR RESPONDENT |

On February 16, 2010, the court entered an order denying petitioner's motion for return of property under Rule 41(g) of the Federal Rules of Criminal Procedure. Accordingly,

IT IS ORDERED AND ADJUDGED that

1. That petitioner take nothing by way of her motion; and

2. That the action be, and it hereby is, dismissed.

DATED: February 16, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE